United States Bankruptcy Court

Middle District of Pennsylvania

In re: Etterman, Joshua M

Etterman, Amy E

Case No. #10-03085

Chapter 7

**Praecipe**

**To The Clerk of the US Bankruptcy Court for the Middle District of Pennsylvania:**

2010 APR 14 PM 1:01
CLERK U.S. BANKRUPTCY COURT
FILED

Please find following this page the payment advices for the debtor and co-debtor in the above captioned case.

True and correct copies of payment advices for the debtor (Joshua Etterman) are provided for the dates of 4/09/2010, 3/26/2010, 3/12/2010, 2/26/2010, 2/12/2010.

Please be advised that we are making our best efforts to secure payment advices for the co-debtor (Amy Etterman) for the dates of 3/12/10, 2/26/10 and 2/12/10. These have been either misplaced or destroyed and duplicates will be requested from her employer. Mrs. Etterman did not receive a payment advice for 3/26/10 as she was on maternity leave.

True and correct copies of these advices will be provided to The Court as soon as possible. Should you require any additional information or clarification do not hesitate to contact me via any of the methods below.

Date: April 14, 2010

Signed: *(signature)*
Joshua M. Etterman

Debtor *in propria persona*

CCS FINANCIAL CORPORATION
513 W CHOCOLATE AVENUE
HERSHEY PA 17033

0028-6587
100 Payroll

| DATE | CHECK NO. |
|---|---|
| 04/09/2010 | 159 |

PAY TO THE
ORDER OF

JOSHUA M ETTERMAN
1187 LETCHWORTH ROAD
CAMP HILL PA 17011

Total Net Direct Deposit(s)
**$1571.77**
AMOUNT

VOID THIS IS NOT A CHECK ................................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                 FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Joshua M Etterman
1187 Letchworth Road
Camp Hill, PA 17011

Soc Sec #: xxx-xx-5554   Employee ID: 2
Home Department: 100 Payroll

Pay Period: 03/27/10 to 04/09/10
Check Date: 04/09/10   Check #: 159

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 1189.25 |
| Chkg 6817 | 0.00 | 2333.55 |
| Chkg 8590 | 1571.77 | 5241.82 |
| **NET PAY** | **1571.77** | **8764.62** |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 1500.00 | | 10500.00 |
| Commission | | | 558.15 | | 1214.14 |
| EARNINGS | | | 2058.15 | | 11714.14 |

Reimb
**REIMB & OTHER PAYMENTS**

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 125.60 | 716.25 |
| Medicare | | 29.37 | 167.51 |
| Fed Income Tax | M 0 | 203.87 | 1032.88 |
| PA Income Tax | | 62.19 | 354.67 |
| PA Unemploy | | 1.65 | 9.37 |
| PA DERRY-Dau I | Override 1.45% | 29.37 | 167.51 |
| PA LST52 LST | | 2.00 | 14.00 |
| TOTAL | | 454.05 | 2462.19 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Advance | | 325.69 |
| Pre Dental | 32.33 | 161.64 |
| Sick Days -Memo | | M1.00 |
| Vac Days U-Mem | | M1.00 |
| TOTAL | 32.33 | 487.33 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1571.77 | 8764.62 |

Payrolls by Paychex, Inc.

0028 0028-6587   CCS Financial Corporation • 513 W Chocolate Avenue • Hershey PA 17033

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

CCS FINANCIAL CORPORATION
513 W CHOCOLATE AVENUE
HERSHEY PA 17033

0028-6587
100 Payroll

| 03/26/2010 | 157 |
|---|---|
| DATE | CHECK NO. |

PAY TO THE ORDER OF

JOSHUA M ETTERMAN
1187 LETCHWORTH ROAD
CAMP HILL PA 17011

Total Net Direct Deposit(s)
**$1165.70**
AMOUNT

VOID THIS IS NOT A CHECK .................................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE — FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Joshua M Etterman
1187 Letchworth Road
Camp Hill, PA 17011

Soc Sec #: xxx-xx-5554   Employee ID: 2
Home Department: 100 Payroll

Pay Period: 03/13/10 to 03/26/10
Check Date: 03/26/10   Check #: 157

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 1189.25 |
| Chkg 6817 | 0.00 | 2333.55 |
| Chkg 8590 | 1165.70 | 3670.05 |
| **NET PAY** | **1165.70** | **7192.85** |

| EARNINGS | DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 1500.00 | | 9000.00 |
| | Commission | | | | | 655.99 |
| | **EARNINGS** | | | 1500.00 | | 9655.99 |
| | Reimb | | | | | |
| | **REIMB & OTHER PAYMENTS** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Social Security | | | 91.00 | | 590.65 |
| | Medicare | | | 21.28 | | 138.14 |
| | Fed Income Tax | M 0 | | 120.15 | | 829.01 |
| | PA Income Tax | | | 45.06 | | 292.48 |
| | PA Unemploy | | | 1.20 | | 7.72 |
| | PA DERRY-Dau I | Override 1.45% | | 21.28 | | 138.14 |
| | PA LST52 LST | | | 2.00 | | 12.00 |
| | **TOTAL** | | | 301.97 | | 2008.14 |

| DEDUCTIONS | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Advance | | | | | 325.69 |
| | Pre Dental | | | 32.33 | | 129.31 |
| | Sick Days -Memo | | | | | M1.00 |
| | Vac Days U-Mem | | | | | M1.00 |
| | **TOTAL** | | | 32.33 | | 455.00 |

| | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| **NET PAY** | | 1165.70 | 7192.85 |

Payrolls by Paychex, Inc.

0028 0028-6587  CCS Financial Corporation • 513 W Chocolate Avenue • Hershey PA 17033

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

**CCS FINANCIAL CORPORATION**
513 W CHOCOLATE AVENUE
HERSHEY PA 17033

0028-6587
100 Payroll

| 03/12/2010 | 155 |
|---|---|
| DATE | CHECK NO. |

PAY TO THE
ORDER OF

JOSHUA M ETTERMAN
1187 LETCHWORTH ROAD
CAMP HILL PA 17011

Total Net Direct Deposit(s)
**$1163.55**
AMOUNT

VOID THIS IS NOT A CHECK ............................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                 FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Joshua M Etterman
1187 Letchworth Road
Camp Hill, PA 17011

Soc Sec #: xxx-xx-5554    Employee ID: 2
Home Department: 100 Payroll

Pay Period: 02/27/10 to 03/12/10
Check Date: 03/12/10    Check #: 155

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Check Amount | 0.00 | 1189.25 |
| Chkg 6817 | 0.00 | 2333.55 |
| Chkg 8590 | 1163.55 | 2504.35 |
| **NET PAY** | 1163.55 | 6027.15 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---:|---|---:|
| Regular | | | 1500.00 | | 7500.00 |
| Commission | | | | | 655.99 |
| **EARNINGS** | | | 1500.00 | | 8155.99 |
| Reimb | | | | | |
| **REIMB & OTHER PAYMENTS** | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---:|---:|
| Social Security | | 90.81 | 499.65 |
| Medicare | | 21.24 | 116.86 |
| Fed Income Tax | M 0 | 119.71 | 708.86 |
| PA Income Tax | | 44.97 | 247.42 |
| PA Unemploy | | 1.20 | 6.52 |
| PA DERRY-Dau I | Override 1.45% | 21.24 | 116.86 |
| PA LST52 LST | | 2.00 | 10.00 |
| **TOTAL** | | 301.17 | 1706.17 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Advance | | 325.69 |
| Pre Dental | 35.28 | 96.98 |
| Sick Days -Memo | | M1.00 |
| Vac Days U-Mem | | M1.00 |
| **TOTAL** | 35.28 | 422.67 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| | 1163.55 | 6027.15 |

*Payrolls by Paychex, Inc.*

0028 0028-6587    CCS Financial Corporation • 513 W Chocolate Avenue • Hershey PA 17033

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

CCS FINANCIAL CORPORATION
513 W CHOCOLATE AVENUE
HERSHEY PA 17033

0028-6587
100 Payroll

| DATE | CHECK NO. |
|---|---|
| 02/26/2010 | 153 |

PAY TO THE ORDER OF

JOSHUA M ETTERMAN
1187 LETCHWORTH ROAD
CAMP HILL PA 17011

Total Net Direct Deposit(s)
**$1340.80**
AMOUNT

VOID THIS IS NOT A CHECK ............................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE — FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Joshua M Etterman
1187 Letchworth Road
Camp Hill, PA 17011

Soc Sec #: xxx-xx-5554   Employee ID: 2
Home Department: 100 Payroll

Pay Period: 02/13/10 to 02/26/10
Check Date: 02/26/10   Check #: 153

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 1189.25 |
| Chkg 6817 | 0.00 | 2333.55 |
| Chkg 8590 | 1340.80 | 1340.80 |
| NET PAY | 1340.80 | 4863.60 |

| EARNINGS | DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 1500.00 | | 6000.00 |
| | Commission | | | 655.99 | | 655.99 |
| | EARNINGS | | | 2155.99 | | 6655.99 |
| | Reimb | | | | | |
| | REIMB & OTHER PAYMENTS | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 133.67 | 408.84 |
| | Medicare | | 31.26 | 95.62 |
| | Fed Income Tax | M 0 | 223.40 | 589.15 |
| | PA Income Tax | | 66.19 | 202.45 |
| | PA Unemploy | | 1.72 | 5.32 |
| | PA DERRY-Dau l | Override 1.45% | 31.26 | 95.62 |
| | PA LST52 LST | | 2.00 | 8.00 |
| | TOTAL | | 489.50 | 1405.00 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Advance | 325.69 | 325.69 |
| | Pre Dental | | 61.70 |
| | Sick Days -Memo | | M1.00 |
| | Vac Days U-Mem | | M1.00 |
| | TOTAL | 325.69 | 387.39 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1340.80 | 4863.60 |

Payrolls by Paychex, Inc.

0028 0028-6587   CCS Financial Corporation • 513 W Chocolate Avenue • Hershey PA 17033

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

CCS FINANCIAL CORPORATION
% DAVID KARP
513 W CHOCOLATE AVE
HERSHEY PA 17033

0028-6587
100 Payroll

| 02/12/2010 | Unknown |
|---|---|
| DATE | CHECK NO. |

PAY TO THE ORDER OF

JOSHUA M ETTERMAN
1187 LETCHWORTH ROAD
CAMP HILL PA 17011

For Reference Purposes Only
**$1189.25**
AMOUNT

VOID THIS IS NOT A CHECK .................................... DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                        FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Joshua M Etterman
1187 Letchworth Road
Camp Hill, PA 17011

Soc Sec #: xxx-xx-5554    Employee ID: 2
Home Department: 100 Payroll

Pay Period: 01/30/10 to 02/12/10
Check Date: 02/12/10    Check #: Unknown

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1189.25 | 1189.25 |
| Chkg 6817 | 0.00 | 2333.55 |
| **NET PAY** | **1189.25** | **3522.80** |

| EARNINGS | DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 1500.00 | | 4500.00 |
| | EARNINGS | | | 1500.00 | | 4500.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | $93 | 93.00 | 275.17 |
| | Medicare | $21.75 | 21.75 | 64.36 |
| | Fed Income Tax | $125 | 125.00 | 365.75 |
| | PA Income Tax | $46.05 | 46.05 | 136.26 |
| | PA Unemploy | $1.20 | 1.20 | 3.60 |
| | PA DERRY-Dau I | 1.45% | 21.75 | 64.36 |
| | PA LST52 LST | $2 | 2.00 | 6.00 |
| | **TOTAL** | | **310.75** | **915.50** |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Pre Dental | | 61.70 |
| | Sick Days -Memo | | M1.00 |
| | Vac Days U-Mem | | M1.00 |
| | **TOTAL** | | **61.70** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1189.25 | 3522.80 |

Payrolls by Paychex, Inc.

0028 0028-6587   CCS Financial Corporation • % David Karp • 513 W Chocolate Ave • Hershey PA  17033

| | | | | | | |
|---|---|---|---|---|---|---|
| GLENDA M WETHINGTON<br>48 CENTRAL BLVD<br>CAMP HILL PA 17011 | | 0028-8533<br>100 Payroll | | **04/09/2010**<br>DATE | | **10118**<br>CHECK NO. |

PAY TO THE ORDER OF    AMY E ETTERMAN
1187 LETCHWORTH ROAD
CAMP HILL PA  17011

Total Net Direct Deposit(s)
**\*\*$63.22\*\***
AMOUNT

VOID THIS IS NOT A CHECK ................................................. DOLLARS

**\*\*NON-NEGOTIABLE\*\***
AUTHORIZED SIGNATURE(S)

*Payrolls by Paychex, Inc.*

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                     FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Amy E Etterman
1187 Letchworth Road
Camp Hill, PA  17011

Soc Sec #: xxx-xx-7276   Employee ID: 2
Home Department: 100 Payroll

Pay Period: 03/27/10 to 04/09/10
Check Date: 04/09/10   Check #: 10118

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 6817 | 0.00 | 2306.60 |
| Chkg 8590 | 63.22 | 856.91 |
| **NET PAY** | **63.22** | **3163.51** |

| EARNINGS | DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 37.50 | 15.0000 | 562.50 | 352.50 | 5287.50 |
| | Bonus: | | | | | |
| | **EARNINGS** | 37.50 | | 562.50 | 352.50 | 5287.50 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 4.50 | 235.45 |
| | Medicare | | 1.05 | 55.05 |
| | Fed Income Tax | M 0 | | 167.61 |
| | PA Income Tax | | 2.23 | 116.60 |
| | PA Unemploy | | 0.45 | 4.23 |
| | PA CMPHL-Cum I Override 1.45% | | 1.05 | 55.05 |
| | **TOTAL** | | **9.28** | **633.99** |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | POP EE Pretax | 490.00 | 1490.00 |
| | **TOTAL** | **490.00** | **1490.00** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 63.22 | 3163.51 |

*Payrolls by Paychex, Inc.*

0028 0028-8533  Glenda M Wethington • 48 Central Blvd • Camp Hill PA  17011