In the United States Bankruptcy Court
For the Middle District of Pennsylvania

In the matter of:                           Chapter: 7

Joshua Michael Etterman

   Debtor,                   Case No.: 1:10-bk-03085-MDF

&

Amy Elizabeth Etterman

   Co-Debtor

**AMENDMENT TO:**
**SCHEDULE B: PERSONAL PROPERTY**

**ADD:**

| Type of Property | Description & Location | H/W/J/C | Current value without deducting claims or exemptions |
|---|---|---|---|
| **25. Automobiles, trucks, trailers, and other vehicles and accessories.** | 2003 Honda Civic EX Location: 4/14/2010-5/11/10 Debtor's residence 5/12/2010-Present Held by insurance company | J | $9,000 (As determined by insurance company.) |

**REMOVE:**

| Type of Property | Description & Location | H/W/J/C | Current value without deducting claims or exemptions |
|---|---|---|---|
| **25. Automobiles, trucks, trailers, and other vehicles and accessories.** | 2003 Honda Civic EX "Fair Value" | J | $6,130 $6,130 |

We have reviewed this information and it is true and correct to the best of our knowledge and belief.

Date: 5/17/2010

_____  _____
Joshua M. Etterman    Amy E. Etterman
Signature of Debtor    Signature of Debtor

In the United States Bankruptcy Court
For the Middle District of Pennsylvania

In the matter of:                  : Chapter:   7
                                   :
Joshua Michael Etterman            :
                                   :
            Debtor,                : Case No.:  1:10-bk-03085-MDF
                                   :
         &                         :
                                   :
Amy Elizabeth Etterman             :
                                   :
            Co-Debtor               :

AMENDMENT TO:
SCHEDULE C: PROPERTY CLAIMED AS EXEMPT

**ADD:**

| Description of Property | Law Providing Exemption | Value of Exemption | Current Value without Deducting Exemption |
|---|---|---|---|
| **Real Property 1187 Letchworth Road Camp Hill, PA 17011 (Debtors' Residence)** | 11USC§522(d)(1) | $17,663.98 | Value: $150,000 Liens: $ 132,336.02 Net Value: $17,663.98 |
| **2003 Honda Civic EX "Value as determined by insurance company."** | 11USC§522(d)(2) $6900 11USC§522(d)(5) $2100 | $9000 | $9000 |

**REMOVE:**

| Description of Property | Law Providing Exemption | Value of Exemption | Current Value without Deducting Exemption |
|---|---|---|---|
| **2003 Honda Civic EX "Fair Value"** | 11USC§522(d)(2) $3,225 11USC§522(d)(5) $2905 | $6130 | $6130 |

We have reviewed this information and it is true and correct to the best of our knowledge and belief.

Date: 5/17/2010

_____          _____
Joshua M. Etterman               Amy E. Etterman
Signature of Debtor              Signature of Debtor

In the United States Bankruptcy Court
For the Middle District of Pennsylvania

In the matter of:                    : Chapter:   7
                                     :
Joshua Michael Etterman              :
                                     :
           Debtor,                   : Case No.:  1:10-bk-03085-MDF
                                     :
       &                             :
                                     :
Amy Elizabeth Etterman               :
                                     :
           Co-Debtor                 :

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 17, 2010, I served a copy of the Amendment to Schedule C: Property Claimed as Exempt and Amendment to Schedule B: Personal Property on the following parties in this matter:

Mr. Leon P. Haller, Esq.
Trustee
C/o Purcell, Krug and Haller
1719 N Front St.
Harrisburg, PA 17102

The foregoing party was served via hand delivery at the United States Courthouse in Harrisburg, PA. I certify under the penalties of perjury that the foregoing is true and correct.

Dated this 17 day of May 2010

By: _____
Joshua M. Etterman
Debtor in pro per
1187 Letchworth Road
Camp Hill, PA 17011